# IN THE SUPREME COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | NO. 621 |
| IN RE: | : | |
| | : | JUDICIAL ADMINISTRATION |
| AMENDMENT OF SUPREME COURT | : | DOCKET |
| INTERNAL OPERATING | : | |
| PROCEDURES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2024, it is Ordered, pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania, that Section 6 of the Internal Operating Procedures of the Supreme Court is amended in the attached form.

    This Order is to be processed in accordance with Pa.R.J.A. 103(b), and the amendments shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.